UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>REGINALD J. HOLLAND,<br><br>  Defendant. | 2:19-cr-00048-AC<br><br>[~~Proposed~~] ORDER TO DISMISS AND VACATE STATUS CONFERENCE<br><br>DATE: March 12, 2019<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Allison Claire |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:19-cr-00048-AC without prejudice is GRANTED.

It is further ordered that the status conference scheduled April 22, 2019, at 9:00 a.m. is vacated.

SO ORDERED.

Dated: April 5, 2019

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE